

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00240-CV

**HECKMANN WATER RESOURCES (CVR), INC.**,
Appellant

v.

Jose Luis **AGUILAR**, Individually, Eudelia Aguilar, Individually, Vanessa Arce, Individually,
Eudelia Aguilar and Vanessa Arce as Personal Representatives of the Estate of Carlos Aguilar,
Deceased, et al.,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-06-11697-DCVCLM
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  August 13, 2014

TRIAL COURT JUDGMENT SET ASIDE AND REMAND

The parties have filed a joint motion to set aside the trial court's judgment and remand the

cause to the trial court for rendition of judgment in accordance with the parties' settlement

agreement.  We grant the motion.  The trial court's judgment dated January 7, 2014 and Amended

Final Judgment dated April 1, 2014 are hereby set aside without regard to the merits and the cause

is remanded to the trial court for rendition of judgment in accordance with the parties' settlement

agreement. TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against the party who incurred them.

PER CURIAM